SECOND DEPARTMENT, MARCH, 1971

(March 1, 1971)

In the Matter of STANLEY LERNER, an Attorney.—

Rabin, P. J., Hopkins, Munder, Martuscello and Latham, JJ., concur.